**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01148-CV

**GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants**

**V.**

**BOBBIE BUSH, Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellee's March 25, 2015 unopposed motion for leave to file a consolidated brief exceeding the word limit. Appellee's brief was filed on March 25, 2015.

/s/ ELIZABETH LANG-MIERS
   JUSTICE